ANDREW KIRKPATRICK, receiver &c., appellant,

and

ERASTUS CORNING et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Kirkpatrick* v. *Corning, 12 Stew. Eq. 136.*

*Messrs. Coult & Howell, Mr. Theodore W. Dwight* and *Mr. Cortlandt Parker,* for appellant.

*Mr. T. N. McCarter, Mr. B. Williamson* and *Mr. Amasa J. Parker,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.

---

ANDREW K. MARSH, appellant,

and

THOMPSON C. MUNN, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Munn* v. *Marsh, 11 Stew. Eq. 410.*

*Mr. John W. Taylor,* for appellant.

*Mr. P. Woodruff,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.